UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAMAL DRAKE

v.                                                         CA 13-223 ML

STATE OF NEW MEXICO

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on April 10, 2013. I have reviewed the Report and Recommendation and adopt it in its entirety.

Plaintiff's Motion to Proceed in Forma Pauperis is hereby denied and the Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 7, 2013